AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

MICHAEL S. STRINGER,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: 3:12-cv-00207-LRH-VPC

RENEE BAKER, *et al.*,

      Respondents.

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the motion to dismiss (ECF No. 10) is GRANTED. The motion for appointment of counsel (ECF No. 19) is DENIED. No certificate of appealability shall issue.

March 7, 2013            **LANCE S. WILSON**
                                      Clerk

                                      /s/ K. Rusin
                                      Deputy Clerk